# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-13-00012-CV

**Darrell J. Harper, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 419TH JUDICIAL DISTRICT
### NO. D-1-GN-12-002702, HONORABLE STEPHEN YELENOSKY, JUDGE PRESIDING

### M E M O R A N D U M   O P I N I O N

Appellant Darrell J. Harper filed his notice of appeal in the trial court on December 28, 2012. On June 6, 2013, the Clerk of this Court sent notice to appellant that his brief was due on May 17, 2013, and was overdue, and that if he failed to file a brief, this Court would dismiss his appeal for want of prosecution unless he reasonably explained the failure and appellee would not be significantly injured by that failure. The Clerk also notified appellant that his appeal would be dismissed for want of prosecution if he did not provide a satisfactory response to this Court by June 17, 2013. To date, appellant has not filed a brief or a motion for extension of time to file his brief. Appellant filed a response with this Court on June 13, 2013, but he failed to address why he has not filed a brief or a motion for extension of time to file a brief. Accordingly, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b), (c).

_____

Melissa Goodwin, Justice

Before Justices Puryear, Rose, and Goodwin

Dismissed for Want of Prosecution

Filed:   August 9, 2013